JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRES GALLEGOS-VALDIVIAS, ) <br>   a/k/a Andres Gallegos-Valdibias, ) <br>   a/k/a Carlos Molinaros-Alba, and ) <br>   a/k/a Amador A. Alanis, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 09-0971 MHP <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 26, 2009, TO DECEMBER 14, 2009 |

     The parties appeared before the Honorable Marilyn Hall Patel on October 26, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 26, 2009, to December 14, 2009, to allow counsel time to further review discovery and to investigate the defendant's background and characteristics.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to further review discovery and to investigate the defendant's background and characteristics.

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0971 MHP

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 26, 2009, to December 14, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 26, 2009, to December 14, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 27, 2009

/s/ Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Andres Gallegos-Valdivias

DATED: October 27, 2009

/s/ Daryl T. Eremin
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 29, 2009

THE HON. MARILYN HALL PATEL
United States District Judge